■ The People of the State of New York, Respondent, v Otilio Serrano, Appellant.—Judgment, Supreme Court, Bronx County, rendered on December 4, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Fein, J. P., Ross, Markewich, Lupiano and Silverman, JJ.

■ In the Matter of Puerto Rican Family Institute, Inc., Appellant, v Marshall G. Kaplan et al., Constituting the Tax Commission of the City of New York, Respondents.—Judgment, Supreme Court, New York County, entered on August 3, 1978, unanimously affirmed for the reasons stated by Evans, J., at Special Term, without costs and without disbursements. Concur —Birns, J. P., Sandler, Sullivan, Bloom and Carro, JJ.

■ The People of the State of New York, Respondent, v Carlos Rivera, Appellant.—Judgment, Supreme Court, New York County, rendered on June 2, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Birns, J. P., Sandler, Sullivan, Bloom and Carro, JJ.